**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| SHELBY ZELONIS ROBERSON, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> CLEARVIEW AI, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No.  1:20-cv-00111-RDA-MSN ) ) ) ) ) |

**DEFENDANT CLEARVIEW AI, INC.'S MOTION TO
TRANSFER VENUE UNDER 28 U.S.C. § 1404 AND
STAY CASE PENDING DECISION ON TRANSFER**

Defendant Clearview AI, Inc., by its undersigned attorneys, hereby moves this Court to transfer this case to the U.S. District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404 and to stay the case pending the Court's decision on transfer.  The grounds for this motion are set forth in Defendant's Memorandum of Law and Declaration of Thomas Mulcaire, which accompany this motion.

Counsel certifies, pursuant to Local Civ. R. 7(E), that they have conferred with counsel for Plaintiff regarding the instant motion in a good faith effort to narrow the area of disagreement. Plaintiff has indicated that they oppose the motion.

1

Dated: March 25, 2020

        Respectfully submitted,

        /s/ Jan A. Larson

        Jan A. Larson (Bar No. 76959)
        JENNER & BLOCK LLP
        1099 New York Avenue, NW
        Washington DC, 20001
        Phone: (202) 639-6000
        Facsimile: (202) 639-6066
        JanLarson@jenner.com

        Lee S. Wolosky (admitted *pro hac vice*)
        Michael W. Ross (admitted *pro hac vice*)
        JENNER & BLOCK LLP
        919 Third Avenue
        New York, New York 10022-3908
        Phone: (212) 891-1669
        Facsimile: (212) 909-0840
        LWolosky@jenner.com
        MRoss@jenner.com

        *Attorneys for Defendant Clearview AI, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 25, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

>Steven T. Webster
>Webster Book LLP
>300 N Washington Street, Suite 404
>Alexandria, VA 22314
>Tel: 888-987-9991
>Fax: 888-987-9991
>Email: swebster@websterbook.com

Dated this March 25, 2020.

/s/ Jan A. Larson

Jan A. Larson (Bar No. 76959)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington DC, 20001
Phone: (202) 639-6000
Facsimile: (202) 639-6066
JanLarson@jenner.com
*Attorney for Defendant*
*Clearview AI, Inc.*